

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES PALATO,<br><br>    Petitioner,<br><br>v.<br><br>DWAYNE HAMILTON, et al.,<br><br>    Respondents. | Case No. CV 19-0346-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 14, 2020

                                                    */s/ John E. McDermott*
                                                    JOHN E. MCDERMOTT
                                      UNITED STATES MAGISTRATE JUDGE